IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KEVIN OWENS,

      Petitioner,

v.

CASE NO. 1D16-1098

JULIE JONES, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS,

      Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

Opinion filed October 4, 2016.

Petition for Writ of Certiorari.

Kevin Owens, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Matthew F. Vitale, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      Kevin Owens, an inmate who challenged in the trial court four disciplinary

reports, appeals the order dismissing in part and denying in part his petition for writ

of mandamus. Because only the trial court's denials of claims on the merits are being challenged, we treat the appeal as a petition invoking this Court's certiorari jurisdiction and deny the petition on the merits without further discussion. See Thomas v. State, Fla. Dep't of Corr., 89 So. 3d 300, 300 (Fla. 1st DCA 2012) (reviewing the trial court's order dismissing in part and denying in part a mandamus petition and treating as an appeal the dismissal of claims for failure to exhaust administrative remedies, but reviewing under the certiorari standard the denial of claims on the merits); see also Williams v. Tucker, 87 So. 3d 1270, 1271 (Fla. 1st DCA 2012) (treating the appeal as a petition invoking the Court's certiorari jurisdiction where the trial court denied the mandamus petition upon finding that the petitioner failed to demonstrate any liberty interest to challenge his disciplinary report).

DENIED on the merits.

WOLF, LEWIS, and OSTERHAUS, JJ., CONCUR.